JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| RICHARD DOBBS, | ) CASE NO. 5:16-cv-02547 JFW (KKx) |
| Plaintiff, | ) **JOINT JUDGMENT** |
| vs. | ) |
| GENIE INDUSTRIES, INC.; TXI RIVERSIDE INC.; UNITED RENTALS, INC.; and DOES 1 through 100, inclusive, | ) Judge: Hon. John F. Walter<br>) Courtroom: 7A<br>)<br>) Pre-Trial Conference: 8/10/18<br>) Jury Trial Date: 8/28/18 |
| Defendants. | ) |

I. **Defendant TXI Riverside, Inc.'s Motion for Summary Judgment**

On March 2, 2018, Defendant TXI Riverside, Inc. ("TXI") filed a Motion for Summary Judgment ("Motion"). On March 12, 2018, Plaintiff Richard Dobbs ("Dobbs") filed his Opposition. On March 19, 2018, TXI filed a Reply.

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court found the matter appropriate for submission on the papers without oral argument. The matter was, therefore, removed from the Court's April 2, 2018 hearing calendar and the parties were given advance notice.

-1-

After considering the moving, opposing, and reply papers, and the arguments therein, the Court issued an Order Granting TXI's Motion on April 11, 2018. Docket No. 112.

**IT IS SO ORDERED** that Dobbs take nothing from TXI, that the action be dismissed on the merits as to TXI, and that TXI recover its costs.

## II. Stipulation Re: Dismissal of Action as to Defendant Genie Industries, Inc., with Prejudice

On June 13, 2018, Dobbs and Defendant Genie Industries, Inc. ("Genie") filed a Stipulation Re: Dismissal of Action as to Genie, with Prejudice, and a Proposed Order Thereon.

On June 15, 2018, the Court entered an Order Granting the Stipulation. Docket No. 129. As stated in the Order, Dobbs and Genie are to each bear their own fees and costs.

## III. Defendant United Rental (North America), Inc.'s Motion for Summary Judgment

On June 11, 2018, Defendant United Rentals (North America), Inc. (erroneously sued and served as "United Rentals, Inc.") ("United Rentals") filed a Motion for Summary Judgment ("Motion"). On June 18, 2018, Dobbs filed his Opposition. On June 24, 2018, United Rentals filed a Reply.

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court found the matter appropriate for submission on the papers without oral argument. The matter was, therefore, removed from the Court's July 9, 2018 hearing calendar and the parties were given advance notice.

After considering the moving, opposing, and reply papers, and the arguments therein, the Court issued an Order Granting United Rental's Motion on July 9, 2018. Docket No. 149.

-2-

**IT IS SO ORDERED** that Dobbs take nothing from United Rentals, that the action be dismissed on the merits as to United Rentals, and that United Rentals recover its costs.

* * *

There are no more claims or causes of action pending before the Court in this action. Accordingly, the Court enters final judgment as described herein.

**IT IS SO ORDERED.**

Date: July 18, 2018

_____
The Honorable JOHN F. WALTER
United States District Judge