

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| RICHARD DOBBS, | CASE NO. 5:16-cv-02547-SB-KK |
|---|---|
| Plaintiff, | **ORDER DISMISSING MATTER WITH PREJUDICE** |
| vs. | Judicial Officer: Hon. Stanley Blumenfeld, Jr. |
| GENIE INDUSTRIES, INC.; TXI RIVERSIDE, INC.; UNITED RENTALS, INC., and DOES 1 through 100, Inclusive, | |
| Defendants. | |

The Court, upon the presentation of the Stipulation of Dismissal with Prejudice, orders that the matter is hereby dismissed with prejudice, with each party bearing its own attorney's fees and costs.

IT IS SO ORDERED this 11th day of May, 2021.



_____
THE HONORABLE STANLEY BLUMENFELD, JR.
United States District Court